SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
LARRY DUNN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>       Plaintiff,<br><br>   vs.<br><br>GIORGIO HRATCH ANDONIAN D/B/A COOK'S TIRE & SERVICE; 1984 SEPULVEDA HOLDINGS LLC; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:25-cv-00365-ODW (PVCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 1984 SEPULVEDA HOLDINGS LLC** |

**PLEASE TAKE NOTICE** that Plaintiff LARRY DUNN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant 1984 SEPULVEDA HOLDINGS LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1  (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 19, 2025                SO. CAL. EQUAL ACCESS GROUP

By: ___/s/ Jason J. Kim___
    Jason J. Kim
    Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT