UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-00365-ODW (PVCx) | Date | March 20, 2025 |
|---|---|---|---|
| Title | *Larry Dunn v. Giorgio Hratch Andonian et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**      **In Chambers**

    On January 15, 2025, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act.  (ECF No. 11.)  Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due."  (*Id.* at 2.)  The Order cautioned that "failure to comply with this Order or any other Order issued in this case will result in a sanction of **$300** . . . and dismissal for lack of prosecution."  (*Id.*)

    Plaintiff Larry Dunn served Defendant Giorgio Hratch Andonian d.b.a. Cooks Tire and Service ("Andonian") on February 19, 2025.  (ECF No. 15.)  Andonian's response to the Complaint was due on March 12, 2025.  More than five court days have passed since that deadline, and Plaintiff has not requested entry of default as required.  Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** Andonian from this action without prejudice for lack of prosecution.  Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-00365-ODW (PVCx) | Date | March 20, 2025 |
|---|---|---|---|
| Title | *Larry Dunn v. Giorgio Hratch Andonian et al.* | | |

In addition, as Plaintiff filed a Notice of Voluntary Dismissal to dismiss Defendant 1984 Sepulveda Holdings LLC, (ECF No. 17), no Defendants remain. Accordingly, the Clerk of Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE